UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                            Criminal No. 21-mj-30148

Ylli Didani,

    Defendant.

_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                      Respectfully submitted,

                                      Saima S. Mohsin
                                      Acting United States Attorney

                                      *s/Mark Bilkovic*
                                      Mark Bilkovic P48855
                                      Assistant United States Attorney
                                      211 W. Fort Street, Suite 2001
                                      Detroit, MI 48226
                                      mark.bilkovic@usdoj.gov
                                      (313) 226-9623

Dated: April 1, 2021

**IT IS SO ORDERED.**

                                           **s/ANTHONY P. PATTI**
                                           Anthony P. Patti
                                           United States Magistrate Judge

Entered: April 1, 2021