# U.S. District Court
## Western District of North Carolina (Charlotte)
## CRIMINAL DOCKET FOR CASE #: 3:21−mj−00083−DCK All Defendants

| | |
|---|---|
| Case title: USA v. Didani | Date Filed: 04/01/2021<br>Date Terminated: 04/02/2021 |

Assigned to: Magistrate Judge David Keesler

### Defendant (1)

| | | |
|---|---|---|
| **Ylli Didani**<br>*TERMINATED: 04/02/2021* | represented by | **Myra Cause**<br>Federal Defender's Office<br>129 West Trade Street, Suite 300<br>Charlotte, NC 28202<br>704−374−0720<br>Email: myra_cause@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

**Pending Counts**  **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**  **Disposition**

21:841 and 846 – CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES, 46:70503 – CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES ON BOARD A VESSEL SUBJECT TO THE JURISDICTION OF THE UNITED STATES, 18:1956(a) and 2 – MONEY LAUNDERING

### Plaintiff

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2021 | | Arrest (Rule 5) of Ylli Didani (mga) Modified arrest date on 4/1/2021 (mga). (Entered: 04/01/2021) |

| | | |
|---|---|---|
| 04/01/2021 | 1 | CRIMINAL COMPLAINT from the EDMI as to Ylli Didani (mga) (Entered: 04/01/2021) |
| 04/01/2021 | | Set/Reset Deadlines/Hearings as to Ylli Didani: Initial Appearance – Rule 5 set for 4/1/2021 12:05 PM in Courtroom 1–1, 401 W Trade St, Charlotte, NC 28202 before Magistrate Judge David Keesler. (mga) (Entered: 04/01/2021) |
| 04/01/2021 | | Minute Entry: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Ylli Didani held before Magistrate Judge David Keesler. Defendant advised of rights & charges. Defendant moved for appointment of counsel. Defendant filed a financial affidavit. Court approved appointment of counsel. Court appoints Federal Defender Myra Cause for IA only. Government moved for detention. Defendant waived his rights to hearings in this district and requested they be held in the prosecuting district. Defendant committed to another district. Government attorney: Jennifer Dillon. Defendant attorney: Myra Cause. Court Reporter: DCR. (mga) (Entered: 04/01/2021) |
| 04/01/2021 | 2 | CJA 23 (Ex Parte) Financial Affidavit by Ylli Didani (mga) (Entered: 04/01/2021) |
| 04/01/2021 | | **ORAL ORDER APPOINTING FEDERAL DEFENDER as to Ylli Didani Myra Cause appointed for IA only as to Ylli Didani. Entered by Magistrate Judge David Keesler on 4/1/21. (mga)** (Entered: 04/01/2021) |
| 04/01/2021 | 3 | **COMMITMENT TO ANOTHER DISTRICT as to Ylli Didani. Defendant committed to District of Eastern District of Michigan. Signed by Magistrate Judge David Keesler on 4/1/21. (mga)** (Entered: 04/01/2021) |
| 04/01/2021 | 5 | WAIVER of Rule 5(c)(3) Hearings by Ylli Didani (mga) (Entered: 04/02/2021) |
| 04/02/2021 | | Rule 5(c)(3) Documents Emailed to Eastern District of Michigan as to Ylli Didani (mga) (Entered: 04/02/2021) |
| 04/02/2021 | | Notice to Eastern District of Michigan of a Rule 5 or Rule 32 Initial Appearance as to Ylli Didani. Your case number is: 2:21−mj−30148. Using your PACER account, you may retrieve the docket sheet and documents. (Documents: 2 Financial Affidavit – CJA23, 1 Miscellaneous Filing, 5 Waiver of Rule 5(c)(3) Hearings, 3 Commitment to Another District ) (*If you wish to designate a different email address for future transfers, send a request to InterDistrictTransfer_TXND@txnd.uscourts.gov.*) (mga) (Entered: 04/02/2021) |